THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ALPHA VENTURE CAPITAL PARTNERS LP, CARACCIOLO FAMILY TRUST, GREGORY A. GOULD, LAW OFFICES OF KENNETH E. CHYTEN 401(k) PROFIT SHARING PLAN, GAVIN MYERS, and MARTIN PETERSON, derivatively on behalf of CYTODYN INC., <br><br> Plaintiff, <br><br> v. <br><br> NADER Z. POURHASSAN, <br><br> Defendant, <br><br> -and- <br><br> CYTODYN INC., a Delaware Corporation <br><br> Nominal Defendant. | No. 3:20-cv-05909-JLR <br><br> JOINT STIPULATION REGARDING EXTENSION OF JOINT STATUS REPORT DEADLINES <br><br> LCR 7(d)(1) <br><br> NOTED ON MOTION CALENDAR: <br><br> December 23, 2020 |

WHEREAS, on December 10, 2020, this Court entered an Order of Initial Scheduling Dates (ECF 20) setting the FRCP 26(f) conference for December 24, 2020, the Initial Disclosures due date for January 1, 2021, and the Combined Joint Stats Report and Discovery Plan due date for January 14, 2021;

---

JOINT STIPULATION REGARDING
EXTENSION OF JOINT STATUS REPORT
DEADLINES (No. 3:20-cv-05909-JLR) – 1

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

WHEREAS, good cause exists under FRCP 16(b) for extending the initial scheduling dates until after this Court rules on Defendant's motion to dismiss (ECF 12), because, if granted, the motion would dispose of the entire case on legal grounds;

NOW THEREFORE, pursuant to Local Civil Rule 7(d)(1), the undersigned parties, by and through their counsel of record, stipulate to extend the initial scheduling dates as follows:

| | |
|---|---|
| Deadline for FRCP 26(f) Conference: | 3/12/21 |
| Initial Disclosures Pursuant to FRCP 26(a)(1): | 3/26/21 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): | 4/2/21 |

JOINT STIPULATION REGARDING EXTENSION OF JOINT STATUS REPORT DEADLINES (No. 3:20-cv-05909-JLR) – 2

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

`

1  DATED:  December 23, 2020

2  By:  s/ Kelly Ann Mennemeier

3      s/ Rylan L.S. Weythman
Kelly Ann Mennemeier
4  Rylan L. S. Weythman
**FOSTER GARVEY PC**
5  1111 3rd Avenue, Ste. 3000
Seattle, WA 98101-3299
6  Email:  kelly.mennemeier@foster.com
rylan.weythman@foster.com

8  Mark D. Richardson
**LABATON SUCHAROW LLP**
9  300 Delaware Avenue, Ste. 1340
Wilmington, DE 19801
10  Email:  mrichardson@labaton.com

11  Michael J. Maimone
**FAEGRE DRINKER BIDDLE & REATH**
12  **LLP**
222 Delaware Ave., Ste. 1410
13  Wilmington, DE 19801
Email:  Michael.maimone@faegredrinker.com

15  Steven J. Purcell
**PURCELL JULIE & LEFKOWITZ**
16  708 Third Avenue – 6th Floor
New York, NY 10017
17  Email:  spurcell@pjlfirm.com

18  *Attorneys for Plaintiffs*

By:  s/ Heidee Stoller
Thomas R. Johnson, *pro hac vice*
Heidee Stoller #44595
**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222
Email:  TRJohnson@perkinscoie.com
       HStoller@perkinscoie.com

*Attorneys for Defendant Nader Z. Pourhassan*


By:  s/ Arian Colachis
Arian Colachis #31391
**CYTODYN INC.**
1111 Main Street, Ste. 660
Vancouver, WA  98660
Telephone:  360-980-8524
Facsimile:  360-799-5954
Email:  acolachis@cytodyn.com

*Attorneys for Defendant CytoDyn Inc.*

JOINT STIPULATION REGARDING
EXTENSION OF JOINT STATUS REPORT
DEADLINES (No. 3:20-cv-05909-JLR) – 3

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that on December 23, 2020, I electronically filed the foregoing JOINT STIPULATION REGARDING EXTENSION OF JOINT STATUS REPORT DEADLINES with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorney(s) of record:

| | |
|---|---|
| Kelly Ann Mennemeier<br>Rylan L. S. Weythman<br>FOSTER GARVEY PC<br>1111 3rd Avenue, Ste. 3000<br>Seattle, WA 98101-3299<br>kelly.mennemeier@foster.com<br>rylan.weythman@foster.com<br><br>*Attorneys for Plaintiff* | Mark D. Richardson<br>LABATON SUCHAROW LLP<br>300 Delaware Avenue, Ste. 1340<br>Wilmington, DE 19801<br>mrichardson@labaton.com<br><br><br><br><br>*Attorneys for Plaintiff* |
| Steven J. Purcell<br>PURCELL JULIE & LEFKOWITZ<br>708 Third Avenue – 6th Floor<br>New York, NY 10017<br>spurcell@pjlfirm.com<br><br>*Attorneys for Plaintiff* | Michael J. Maimone<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>222 Delaware Ave., Ste. 1410<br>Wilmington, DE 19801<br>Michael.maimone@faegredrinker.com<br><br>*Attorneys for Plaintiff* |
| Arian Colachis<br>CYTODYN, INC.<br>1111 Main Street, Ste. 660<br>Vancouver, WA  98660<br>acolachis@cytodyn.com<br><br>*Attorneys for Defendant CytoDyn Inc.* | |

DATED:  December 23, 2020

By: <u>s/ Heidee Stoller</u>
Thomas R. Johnson, *pro hac vice*
Heidee Stoller #44595
**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222
Email:  TRJohnson@perkinscoie.com
         HStoller@perkinscoie.com

*Attorneys for Defendant Nader Z. Pourhassan*

CERTIFICATE OF SERVICE
(No. 3:20-cv-05909-JLR) – 1

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222