THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ALPHA VENTURE CAPITAL PARTNERS LP, CARACCIOLO FAMILY TRUST, GREGORY A. GOULD, LAW OFFICES OF KENNETH E. CHYTEN 401(k) PROFIT SHARING PLAN, GAVIN MYERS, and MARTIN PETERSON, derivatively on behalf of CYTODYN INC.,

Plaintiff,

v.

NADER Z. POURHASSAN,

Defendant,

-and-

CYTODYN INC., a Delaware Corporation

Nominal Defendant.

No. 3:20-cv-05909-JLR

ORDER ON JOINT STIPULATION REGARDING EXTENSION OF JOINT STATUS REPORT DEADLINES

ORDER ON JOINT STIPULATION
REGARDING EXTENSION OF JOINT
STATUS REPORT DEADLINES
(No. 3:20-cv-05909-JLR)

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

This matter comes before the Court on a Joint Stipulation Regarding Extension of Joint Status Report Deadlines (the "Stipulation") filed by Defendant Nader Z. Pourhassan ("Dr. Pourhassan") and stipulated to by all parties. Having considered the Stipulation and the pleadings of record herein, and being fully advised in the premises, now, therefore, it is hereby ORDERED as follows:

The Stipulation is GRANTED, and

The deadlines in the Order of Initial Scheduling Dates (ECF 20) are extended as follows:

| | |
|---|---|
| Deadline for FRCP 26(f) Conference: | 3/12/21 |
| Initial Disclosures Pursuant to FRCP 26(a)(1): | 3/26/21 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): | 4/2/21 |

DATED this 28th day of December, 2020.

_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

ORDER ON JOINT STIPULATION
REGARDING EXTENSION OF JOINT
STATUS REPORT DEADLINES
(No. 3:20-cv-05909-JLR) – 1

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

Presented By:

By: s/ Kelly Ann Mennemeier

   s/ Rylan L.S. Weythman
Kelly Ann Mennemeier
Rylan L. S. Weythman
**FOSTER GARVEY PC**
1111 3rd Avenue, Ste. 3000
Seattle, WA 98101-3299
Email: kelly.mennemeier@foster.com
rylan.weythman@foster.com

Mark D. Richardson
**LABATON SUCHAROW LLP**
300 Delaware Avenue, Ste. 1340
Wilmington, DE 19801
Email: mrichardson@labaton.com

Michael J. Maimone
**FAEGRE DRINKER BIDDLE & REATH LLP**
222 Delaware Ave., Ste. 1410
Wilmington, DE 19801
Email: Michael.maimone@faegredrinker.com

Steven J. Purcell
**PURCELL JULIE & LEFKOWITZ**
708 Third Avenue – 6th Floor
New York, NY 10017
Email: spurcell@pjlfirm.com

*Attorneys for Plaintiffs*

By: s/ Heidee Stoller
Thomas R. Johnson, *pro hac vice*
Heidee Stoller #44595
**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Telephone: 503.727.2000
Facsimile: 503.727.2222
Email: TRJohnson@perkinscoie.com
       HStoller@perkinscoie.com

*Attorneys for Defendant Nader Z. Pourhassan*


By: s/ Arian Colachis
Arian Colachis #31391
**CYTODYN INC.**
1111 Main Street, Ste. 660
Vancouver, WA 98660
Telephone: 360-980-8524
Facsimile: 360-799-5954
Email: acolachis@cytodyn.com

*Attorneys for Defendant CytoDyn Inc.*

[PROPOSED] ORDER ON JOINT
STIPULATION REGARDING EXTENSION
OF JOINT STATUS REPORT DEADLINES
(No. 3:20-cv-05909-JLR) – 2

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that on December 23, 2020, I electronically filed the foregoing [PROPOSED] ORDER ON JOINT STIPULATION REGARDING EXTENSION OF JOINT STATUS REPORT DEADLINES with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorney(s) of record:

| | |
|---|---|
| Kelly Ann Mennemeier<br>Rylan L. S. Weythman<br>FOSTER GARVEY PC<br>1111 3rd Avenue, Ste. 3000<br>Seattle, WA 98101-3299<br>kelly.mennemeier@foster.com<br>rylan.weythman@foster.com<br><br>*Attorneys for Plaintiff* | Mark D. Richardson<br>LABATON SUCHAROW LLP<br>300 Delaware Avenue, Ste. 1340<br>Wilmington, DE 19801<br>mrichardson@labaton.com<br><br>*Attorneys for Plaintiff* |
| Steven J. Purcell<br>PURCELL JULIE & LEFKOWITZ<br>708 Third Avenue – 6th Floor<br>New York, NY 10017<br>spurcell@pjlfirm.com<br><br>*Attorneys for Plaintiff* | Michael J. Maimone<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>222 Delaware Ave., Ste. 1410<br>Wilmington, DE 19801<br>Michael.maimone@faegredrinker.com<br><br>*Attorneys for Plaintiff* |
| Arian Colachis<br>CYTODYN, INC.<br>1111 Main Street, Ste. 660<br>Vancouver, WA  98660<br>acolachis@cytodyn.com<br><br>*Attorneys for Defendant CytoDyn Inc.* | |

DATED:  December 23, 2020

By: <u>s/ Heidee Stoller</u>
Thomas R. Johnson, *pro hac vice*
Heidee Stoller #44595
**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222
Email:  TRJohnson@perkinscoie.com
         HStoller@perkinscoie.com

*Attorneys for Defendant Nader Z. Pourhassan*

CERTIFICATE OF SERVICE
(No. 3:20-cv-05909-JLR) – 1

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222