# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| ALPHA VENTURES CAPITAL PARTNERS LP, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>NADER Z. POURHASSAN, et al.,<br><br>　　　　　　　Defendants. | JUDGMENT IN A CIVIL CASE<br><br>CASE NO. C20-5909JLR |

\_\_\_　　**Jury Verdict**.  This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**　　**Decision by Court**.  This action came to consideration before the court. The issues have been considered and a decision has been rendered.

　　THE COURT HAS ORDERED THAT

　　Dr. Pourhassan's motion to dismiss (Dkt. # 12) is GRANTED and Plaintiffs' complaint is DISMISSED with prejudice and without leave to amend (*see* 3/12/20 Order (Dkt. # 27).

　　Filed this 12th day of March, 2021.

　　　　　　　　　　　　　　　　　　WILLIAM M. MCCOOL
　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　s/ Ashleigh Drecktrah
　　　　　　　　　　　　　　　　　　Deputy Clerk