The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ALPHA VENTURE CAPITAL PARTNERS LP, CARACCIOLO FAMILY TRUST, GREGORY A. GOULD, LAW OFFICES OF KENNETH E. CHYTEN 401(k) PROFIT SHARING PLAN, GAVIN MYERS, and MARTIN PETERSON, derivatively on behalf of CYTODYN, INC.<br><br>Plaintiffs,<br><br>v.<br><br>NADER Z. POURHASSAN<br><br>Defendant,<br><br>-and-<br><br>CYTODYN, INC., a Delaware Corporation<br><br>Nominal Defendant. | No. 3:20-cv-05909-JLR<br><br>NOTICE OF APPEAL BY PLAINTIFFS |

Please take notice that Plaintiffs Alpha Venture Capital Partners LP, Caracciolo Family Trust, Gregory A. Gould, Law Offices of Kenneth E. Chyten 401(k) Profit Sharing Plan, Gavin Myers, and Martin Peterson (collectively, "Plaintiffs") hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Order Granting Defendant Dr. Pourhassan's Motion to Dismiss (Dkt. No. 27) dated March 12, 2021 (the "Order"), and the Judgment in a Civil Case (Dkt. No. 28) entered on March 12, 2021 (the "Judgment"), and from all decisions and orders of the Court that formed the basis for the Order and/or the Judgment.

NOTICE OF APPEAL - 1
Case No. 3:20-cv-05909-JLR

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3296
PHONE (206) 447-4400  FAX (206) 447-9700

FG:53714805.1

1  Pursuant to Ninth Circuit Rule 3-2, Plaintiffs' Representation Statement is attached to
2  this Notice.
3  Dated this 9th day of April, 2021.

*/s/ Rylan Weythman*
Rylan Weythman, WSBA #45352
*/s/ Kelly A. Mennemeier*
Kelly A. Mennemeier, WSBA #51838
FOSTER GARVEY PC
1111 Third Avenue, Suite 3000
Seattle, Washington 98101-3292
Telephone: (206) 447-4400
Facsimile: (206) 447-9700
Email: rylan.weythman@foster.com
kelly.mennemeier@foster.com


*/s/ Mark Richardson (pro hac vice)*
Mark Richardson
LABATON SUCHAROW LLP
300 Delaware Ave., Suite 1340
Wilmington, DE 19801
Telephone: (302) 573-2540
Email: MRichardson@labaton.com


*/s/ Michael J. Maimone (pro hac vice)*
Michael J. Maimone
FAEGRE DRINKER BIDDLE & REATH LLP
222 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 467-4200
Email: michael.maimone@faegredrinker.com

*/s/ Steven J. Purcell     (pro hac vice)*
Steven J. Purcell
PURCELL JULIE & LEFKOWITZ LLP
708 Third Avenue, Sixth Floor
New York, NY 10017
Telephone: (212) 725-1000
Email: spurcell@pjlfirm.com

*Attorneys for Plaintiffs*

NOTICE OF APPEAL - 2
Case No. 3:20-cv-05909-JLR

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3296
PHONE (206) 447-4400  FAX (206) 447-9700

FG:53714805.1

## **CERTIFICATE OF SERVICE**

I certify that on April 9, 2021, I electronically filed the foregoing document with the Clerk of the Court via CM/ECF which will notify all parties in this matter who are registered with the Court's CM/ECF filing system of such filing.

Executed in Seattle, Washington this 9th day of April, 2021.

*s/ Kimberly Fergin*
Kimberly Fergin, Legal Assistant

NOTICE OF APPEAL - 3
Case No. 3:20-cv-05909-JLR

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3296
PHONE (206) 447-4400  FAX (206) 447-9700

FG:53714805.1